Michael BRANCH *v.* STATE of Arkansas

CR 96-737                                     925 S.W.2d 427

Supreme Court of Arkansas
Opinion delivered July 15, 1996

*J.F. Atkinson, Jr.,* for appellant.

No response.

PER CURIAM. Appellant Michael Branch, by his attorney, has filed for a rule on the clerk.

His attorney J. F. Atkinson, Jr., admits that the failure to file the record in time was due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam). A copy of this opinion will be forwarded to the Committee on Professional Conduct.

DUDLEY, J., not participating.